| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____    Chapter ___11___ |

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | 854 Madison LLC |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 83-2438968 |

| | | |
|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  <br><br> 1270 Avenue of the Americas, 7th Floor <br> New York, NY 10020 <br> Number, Street, City, State & ZIP Code <br><br> New York <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 852-854 Madison Avenue, Albany, NY 12208 <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   854 Madison LLC
   Name

Case number (*if known*)

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor    854 Madison LLC                                                     Case number *(if known)*
              Name

**11.  Why is the case filed in**     *Check all that apply:*
**     this district?**
                                        ☒    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                             preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                        ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**       ☒ No
**     have possession of any**
**     real property or personal**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**     property that needs**
**     immediate attention?**                   **Why does the property need immediate attention?** *(Check all that apply.)*

                                                ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                    What is the hazard?    _____

                                                ☐ It needs to be physically secured or protected from the weather.

                                                ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                    livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                                ☐ Other    _____

                                                **Where is the property?**    _____
                                                                              Number, Street, City, State & ZIP Code

                                                **Is the property insured?**

                                                ☐ No

                                                ☐ Yes.    Insurance agency    _____

                                                          Contact name    _____

                                                          Phone    _____

**Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
**     available funds**
                                        ☒ Funds will be available for distribution to unsecured creditors.

                                        ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☒ 1-49                    ☐ 1,000-5,000             ☐ 25,001-50,000
**     creditors**              ☐ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
                               ☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                               ☐ 200-999

**15.  Estimated Assets**       ☒ $0 - $50,000           ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000     ☐ $10,000,001 - $50   million     ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**  ☒ $0 - $50,000           ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐  $50,001 - $100,000    ☐ $10,000,001 - $50   million     ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   854 Madison LLC _____   Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 27, 2025 _____
                 MM / DD / YYYY

**X** /s/   Peter Aytug _____      Peter Aytug _____
      Signature of authorized representative of debtor      Printed name

Title    Member _____

**18. Signature of attorney**

**X** /s/ Julio E. Portilla _____    Date   January 27, 2025 _____
     Signature of attorney for debtor                 MM / DD / YYYY

Julio E. Portilla _____
Printed name

Julio E. Portilla _____
Firm name

380 Lexington Ave. 4th Floor
New York, NY 10168 _____
Number, Street, City, State & ZIP Code

Contact phone    (212) 365-0292 _____    Email address   jp@julioportillalaw.com _____

4498093 NY _____
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 854 Madison LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| -NONE- | | | | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re   854 Madison LLC _____   Case No. _____

Debtor(s)                                       Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    January 27, 2025 _____        Signature   /s/ Peter Aytug _____
                                                            Peter Aytug


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   854 Madison LLC

Debtor(s)

Case No.

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ..................................................... | $ | 0.00 |
| Prior to the filing of this statement I have received....................................... | $ | 10,000.00 |
| Balance Due ...................................................................................... | $ | -10,000.00 |

2.  The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

January 27, 2025
*Date*

/s/ Julio E. Portilla
Julio E. Portilla
*Signature of Attorney*
Julio E. Portilla
380 Lexington Ave. 4th Floor
New York, NY 10168
(212) 365-0292   Fax: (212) 365-4417
jp@julioportillalaw.com
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re   854 Madison LLC           Case No. _____

                                Debtor(s)       Chapter    11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     January 27, 2025 _____       /s/  Peter Aytug _____

                                                Peter Aytug/Member
                                                Signer/Title

286-288 Forest Avenue LLC
1270 Avenue of the Americas, 7th Floor
New York, NY 10020


Albany Water & Water Supply
10 Enterprise Dr.
Albany, NY 12204


Chartwell Law
One Battery Park Plaza
New York, NY 10004


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114


NYS Dept. of Tax and Finance
PO Box 5300
Albany, NY 12205
Albany, NY 12205


PS Funding, Inc
2121 Park Place, Suite #250
El Segundo, CA 90245


U.S. Securities and Exchange Commission
3 World Financial Center
New York, NY 10281


Union Square Capital Corp.
1270 Avenue of the Americas, 7th Floor
New York, NY 10020


Warren County Treasurer
Warren County Municipal Center
Lake George, NY 12845


Wilkinson-Bostwick Partners LLC
1270 Avenue of the Americas, 7th Floor
New York, NY 10020


York Funding LLC
1270 Avenue of the Americas, 7th Floor
New York, NY 10020


York Mortgage Fund LLC
1270 Avenue of the Americas, 7th Floor
New York, NY 10020

# United States Bankruptcy Court
## Southern District of New York

In re    854 Madison LLC                 Case No. _____
                             Debtor(s)            Chapter    11 _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    854 Madison LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| January 27, 2025 | /s/ Julio E. Portilla |
| Date | Julio E. Portilla |
| | Signature of Attorney or Litigant |
| | Counsel for    854 Madison LLC |
| | Julio E. Portilla |
| | 380 Lexington Ave. 4th Floor |
| | New York, NY 10168 |
| | (212) 365-0292  Fax:(212) 365-4417 |
| | jp@julioportillalaw.com |