PeerStreet\854 Madison Ave - 854 Madison LLC\Bankruptcy\Motion for Relief from Stay - Declaration

**CHARTWELL LAW**
One Battery Park Plaza, Suite 701
New York, NY 10004-1445
Telephone: (212) 968-2300
Matthew Burrows (NY ID 4861523)
John J. Winter (Pa. ID JW-9777 *Pro Hac Vice* pending)
Telephone: (212) 968-2300
*(Attorneys for PS Funding, Inc.)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (Manhattan)**

| | |
|---|---|
| In re:<br>**854 MADISON LLC,**<br>           Debtor. | Chapter 11<br>Case No. 25-10131-jpm |
| **PS FUNDING, INC.,**<br>           Movant,<br>v.<br>**854 MADISON LLC,**<br>           Respondent. | |

**DECLARATION OF WARREN GREEN IN SUPPORT OF
MOTION, ALTERNATIVELY, FOR ADEQUATE PROTECTION, RELIEF
FROM THE AUTOMATIC STAY, TO PROHIBIT OR CONDITION USE OF
CASH COLLATERAL, OR DISMISSAL OF CASE, PURSUANT TO 11 U.S.C. §§105(a),
361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) AND (e), AND 1112(b),
FILED ON BEHALF OF PS FUNDING, INC.**

STATE OF CALIFORNIA          :
                                            :ss.
COUNTY OF LOS ANGELES      :

      **BEFORE ME**, the undersigned authority, personally appeared Warren Green, an adult individual whose identity was known to me or established to my satisfaction, and who, after being duly sworn according to law, deposes and says that:

      1.    I am over 18 years of age, and am employed by PS Funding, Inc. (PSF" or "Movant"), as a Senior Asset Manager, and that PSF is the owner of the loan which is the subject of this motion filed on its behalf.

2.  I have personal responsibility for handling the account representing the obligations owed by 854 Madison LLC ("Madison", or the "Debtor") as secured debt to PSF, and make this Affidavit based on my own knowledge and familiarity with the account and relevant contract documents.

### A. Movant's Loan.

3.  On November 15, 2018, pursuant to a "Loan Agreement" dated November 15, 2018 (the "Loan Agreement"), Madison borrowed the principal amount of $372,750.00 (the "Loan") from York Capital Management LLC, a New York limited liability company ("YCM", or "Lender"). A true and correct copy of the Loan Agreement is attached hereto as Exhibit "A" and is incorporated herein by reference.

4.  As evidence of its obligation to repay the Loan, Borrower executed and delivered to Lender its "Promissory Note" dated November 15, 2018, in the original principal amount of $372,750.00 (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit "B" and is incorporated herein by reference.

5.  The Note provided for the accrual of interest on the principal balance at the rate of 10.0 % *per annum*, a one (1) year term, and a maturity date of November 15, 2019 (the "Maturity Date"), and required regular monthly payments of interest on the first day of each month, and a final payment of all outstanding principal, accrued interest, fees and costs on the Maturity Date. The Note also provided for a late charge of 6.0 % of each payment not received within 10 days of its due date, and a default rate of interest at the lesser of 20.0 % *per annum* or the maximum rate allowable by law.

6.  By Allonge to the Note dated December 11, 2018, Lender assigned the Loan and

Note to PSF (the "Allonge"). A true and correct copy of the Allonge is attached hereto as Exhibit "C" and is incorporated herein by reference.

7. To secure its obligations under the Loan Agreement and Note, Borrower executed and delivered to Lender a purchase money "Mortgage and Security Agreement", dated November 15, 2018, in the original principal amount of $372,750.00, against its real property located at 852-854 Madison Ave., and 487-491 Yates St., Albany, NY 12208 (Albany County, Block 1, Lots 7, 8, 15, 16 and 17) (the "Property"), which was duly recorded in the Office of the Albany County Clerk on November 21, 2018 at Instrument No. 2018-25854, Bk Pg (the "Mortgage"). A true and correct copy of the Mortgage is attached hereto as Exhibit "D" and is incorporated herein by reference.

8. By Assignment of Mortgage dated December 11, 2018, Lender assigned the Mortgage to PSF which was recorded on January 5, 2019, at Instrument No. R2019-1200 (the "Assignment"). A true and correct copy of the Assignment is attached hereto as Exhibit "E" and is incorporated herein by reference.

9. As additional security for Borrower's obligations under the Loan Agreement, Note and Mortgage, each of Flerida Santana-Johnas, an adult individual ("Santana-Johnas"), Peter Aytug ("Aytug:") and Areopi Stathatos ("Stathatos", and collectively with Santana-Johnas, and Aytug, "Guarantors") executed and delivered to Lender a Guaranty dated November 15, 2018, in the original principal amount of $372,750.00 (collectively, the "Guarantees"). True and correct copies of such Guarantees are attached hereto as Exhibits "F", "G" and "H", respectively, and are incorporated herein by reference.

10. On March 3, 2021, PSF, the Borrower and Guarantors entered into a "Loan Modification Agreement" which extended the Maturity Date to June 20, 2021 (the "Extended

3

Maturity Date"), deferred certain monthly payments coming due from September 1, 2020 through and including February 1, 2021 to the Extended Maturity Date, required continued monthly payments, and , but otherwise left the original Loan terms unchanged (the "Modification"). A true and correct copy of the Modification is attached to the Green Declaration as Exhibit "I", and is incorporated herein by reference,

11.  As of November 22, 2021, the Loan was in default for Borrower's and Guarantors' failure to timely pay the Loan in full, when it naturally matured according to its terms, without acceleration, on the Extended Maturity Date of June 20, 2021, and otherwise to make all of the required monthly interest payments, from and including the payment that came due on July 1, 2021, and arrearages totaled $44,239.08 (including missed installment payments of $27,086.50, late charges of $559.14, and unpaid charges of $16,593.44).

12.  No payments against the Loan have been received by PSF from any source since the Extended Maturity Date.

### B. The Foreclosure.

13.  Prior to filing a complaint in mortgage foreclosure, PSF obtained a foreclosure title search report from Advantage Foreclosure Services, Inc., dated November 19, 2021, indicating Madison's ownership thereof, Lender's Mortgage and its assignment to PSF (the "Title Report"). A true and correct copy of the Title Report is attached hereto as Exhibit "J" and is incorporated herein by reference.

14.  PSF filed a Complaint in Mortgage Foreclosure against the Debtor, Guarantors, and unknown tenants, in the Supreme Court of New York in and for Kings County, on December 29, 2021 at Index No. 910652-21 (the "Foreclosure Complaint"), together with a Notice of

Pendency.

15. The Borrower and Guarantors filed an Answer to the Foreclosure Complaint on March 21, 2022. An amended complaint was filed on or about November 18, 2022 (the "Amended Foreclosure Complaint"). Thereafter, settlement negotiations ensued which resulted in the parties entering into a "Forbearance Agreement, Consent Judgment and Stipulation Discontinuing Action" on July 17, 2024 (the "Forbearance Agreement"). A true and correct copy of the Forbearance Agreement is attached hereto as Exhibit "K" and is incorporated herein by reference.

16. Pursuant to the terms of the Forbearance Agreement, PSF agreed to hold the consent judgment described therein (the "Consent Judgment") in escrow until January 31, 2025, as security for the Debtor's and Guarantors' performance of their obligations thereunder, including making a final payment due on January 13, 2025 (the "Forbearance Final Payment"). Debtor and Guarantors failed to make the Forbearance Final Payment, and PSF provided them with a 10-day notice and opportunity to cure (the "Forbearance Default Notice"). A true and correct copy of the Forbearance Default Notice is attached hereto as Exhibit "L" and is incorporated herein by reference.

### C. The Bankruptcy Case.

17. To stay PSF's filing of the Consent Judgment, on January 27, 2025, the Debtor filed its voluntary, "bare bones" petition for relief under chapter 11 of title 11 of the Bankruptcy Code, in this Court, which was docketed at Case No. 25-10131-jpm, and the case was assigned to The Honorable John P. Mastando III. (Bankruptcy Case, D.I. No. 1).

18. A Notice of Deficient Filing was issued on January 28, 2025, requiring all

5

missing schedules, statements and other documents to be filed by February 10, 2025.

19. PSF believes and avers that the Debtor's Petition was filed solely for purposes of hindering and delaying PSF in the exercise of its available rights and remedies under the Loan Documents and applicable state law, and the filing of the Consent Judgment.

20. As of the January 27, 2025, the following sums were due and owing under the Loan Documents:

| | |
|---|---:|
| Principal Balance: | $372,750.00 |
| Interest at 10.0% *per annum* from 6/1/2021 to 1/27/2025: | 136,364.37 |
| Default interest at 16.0% *per annum* from 6/21/2021 to 1/27/2025: | 13,266.80 |
| Accrued Unpaid Interest Due (May Include Default Interest Rate): | 8,541.94 |
| Deferred Unpaid Interest: | 18,637.50 |
| Late Fees: | 559.14 |
| Unpaid Loan Charges or Advances: | 150,379.61 |
| Estimated Payoff Charges from Servicer: | 170.00 |
| Suspense Balance: | 264,033.10) |
| **TOTAL PAYOFF:** | **$503,946.09** |

Plus additional daily interest accruing after 1/27/2025 at the rate of $175.95 *per diem*, and such additional fees and costs, including, without limitation, attorney's fees and costs, as are incurred and allowed by the terms of the loan documents and applicable law.

21. Per broker's price opinion dated July 5, 2024, by Clear Capital, the Property was valued as having an as-is fair market value of $367,500.00, and a liquidation value of $475,000.00 as of January 6, 2024, based on three (3) comparable sales (the "BPO"). A true and correct copy of the BPO is attached hereto as Exhibit "I" and is incorporated herein by reference.

22. Comparing the foregoing Appraisal to the amounts owed to PSF, it is clear that the Debtor has no equity in the Property.

23. The Debtor is not known to be carrying any property, casualty and liability insurance on the Property, and PSF has been compelled to obtain its own, "force-placed"

insurance on the Property in order to protect its security interests therein.

24. The Loan fully matured on the Extended Maturity Date, June 20, 2021, without acceleration, and despite extensive discussions between the parties about the Borrower and Guarantors seeking refinancing, no refinancing ever occurred, and no payments have been received by PSF from any source since the Extended Maturity Date.

25. I make this Declaration on behalf of PS Funding, Inc., on the basis of my own knowledge, and subject to the penalties for perjury. I am aware that if any of the statements made herein are wilfully false, that I am subject to such penalties.

PS Funding, Inc.

Dated: February 7, 2025

By: _____
Warren Green, Authorized Signatory
Senior Asset Manager, Asset Management