# Law Office of Julio E. Portilla, P.C.
## Attorney at Law

May 20, 2025

**VIA ECF ONLY**
Honorable John P. Mastando III
United States Bankruptcy Court Southern District of New York
One Bowling Green
Courtroom 501
New York, NY 10004

    **Re:    *854 Madison LLC***
           *Case No. 25-10131; Chapter*
           *U.S. Bankruptcy Court*
           *Southern District of New York*

Dear Judge Mastando III:

I am counsel for the Debtor. I am writing jointly with Mr. Matthew Burrows to update the Court regarding the motion for an order for adequate protection, relief from the automatic stay, to prohibit or condition the use of cash collateral, or dismissal of the case, submitted by the secured creditor, PS Funding, Inc., pursuant to 11 U.S.C. §§105(a), 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2), and (e), and 1112(b).

Mr. Burrows, on behalf of PS Funding, and I, on behalf of the Debtor, have agreed to dismiss this case. I will be submitting a proposed order today.

                                          Respectfully Yours,

                                          /s/ Julio E. Portilla
                                          Julio E. Portilla, Esq.